UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 5:22-CR-50086 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Receipt of Child Pornography (18 U.S.C. § 2252A(a)(2)(A)) |
| MICHAEL DAVID QUINCY, | |
| Defendant. | Obscene Visual Representations of the Sexual Abuse of Children (18 U.S.C. § 1466A(a)(1)) |

The Grand Jury charges:

COUNT I

On or about between November 29, 2021 and February 14, 2022, at Rapid City, in the District of South Dakota, the defendant, Michael David Quincy, knowingly received any visual depiction that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the defendant, Michael David Quincy, knew the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the defendant, Michael David Quincy, knew the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252A(a)(2)(A).

COUNT II

On or about between May 20, 2019 and February 17, 2022, at Rapid City, in the District of South Dakota, the defendant, Michael David Quincy, did knowingly receive a visual depiction of any kind, including a drawing, cartoon,

sculpture, and painting that depicts a minor engaging in sexually explicit conduct and is obscene, all in violation of 18 U.S.C. § 1466A(a)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2253.

2. If convicted of an offense set forth above, Michael David Quincy, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the distribution, receipt, or possession of child pornography. Such property includes, but is not limited to, the following specific items found in the possession of Michael David Quincy on or about February 17, 2022.

A. One LG K51 Cellphone, serial number LMK500X8GA6L7HE659;

B. One Dell P82F001 Laptop Computer, serial number D478JX2, with Toshiba MQ04ABF100 1 TB hard drive and one Samsung MZ-9LQ256A 250GB hard drive.

A TRUE BILL:

**Name Redacted**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____